IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 10 B 75550 |
| Richardo & Johanna Martinez | JUDGE Manuel Barbosa |
| Debtor. | |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes FIRST MIDWEST BANK, N.A., a creditor herein, by SHERMAN & SHERMAN, its attorneys, and for its Statement of Outstanding Obligations respectfully represents as follows:

That the Debtors have not remained current with the post petition payments that have come due and owing to FIRST MIDWEST BANK, N.A. Attached is a list of payments that have not been paid to First Midwest Bank and the information provided for in the attached list is incorporated by reference and is marked Exhibit A.

This Statement of Outstanding Obligations should be construed as First Midwest Bank, N.A. contesting any and all assertions that the debtors are current at this time pursuant to the notice of cure of all pre-petition mortgage obligations sent out by the standing chapter 13 trustee.

FIRST MIDWEST BANK, N.A.

BY: /s/ Christopher H. Purcell
CHRISTOPHER H. PURCELL,
One of its Attorneys

CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Atty. for FIRST MIDWEST BANK, N.A.

**ALL BILLS OF A NOTE**                                              AUTHORITY CODE: 0
                                          PAGE REQUEST: 001 PAGE NO: 001
ACCOUNT: ▆▆▆▆6470    INQUIRY: 239    **MARTINEZ DONATO/MARIA/R**
SEARCH 1: 00001           SEARCH 2:              SEARCH 3:
PROC DATE: 09/02/11

| DATE DUE | DATE PAID | BILLED AMOUNT | NOT PAID AMOUNT | ESCROW AMOUNT |
| AC BILL# RTC POST MAT | | P+I AMOUNT | VOL INS AMOUNT | BUYDOWN AMOUNT |
|---|---|---|---|---|
| 07-10-11 | 00-00-00 | 346.28 | 319.27 | 0.00 |
|  | N | 0.00 | 0.00 | 0.00 |
| 08-10-11 | 00-00-00 | 346.28 | 346.28 | 0.00 |
|  | N | 0.00 | 0.00 | 0.00 |
| 09-10-11 | 00-00-00 | 346.28 | 346.28 | 0.00 |
|  | N | 0.00 | 0.00 | 0.00 |

TOTAL NOT PAID:           1,011.83  TOT UNAPPL FUNDS:           0.00
TOT LATE CHG NOT PD:          0.00

**LAST PAGE**

Exhibit "A"